| | | | |
|---|---|---|---|
| Noble v. W.C.A.B. (Wimex Beauty Supply) .......... | 08/25/2015 | 152 EAL (2015) | Denied |
| Noerr's Garage, Inc. v. Com., Dept. of Transp. .......... | 08/31/2015 | 277 MAL (2015) | Denied | No. 2250 CD 2014 |
| Scott v. Unemployment Compensation Bd. of Review; Lifesteps, Inc., In re .............. | 08/21/2015 | 22 WAL (2015) | Denied | Pa.Cmwlth., 105 A.3d 839 |
| Sheils v. Pennsylvania Dept. of Educ. | 08/31/2015 | 251 EAL (2015) | Denied |
| Wallace v. Pennsylvania Bd. of Probation and Parole | 08/31/2015 | 421 MAL (2015) | Denied |